1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  ANNA ERICKSON WHITE (CA SBN 161385)
   AWhite@mofo.com
3  CRAIG D. MARTIN (CA SBN 168195)
   CMartin@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   UCBH HOLDINGS, INC.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | WATERFORD TOWNSHIP GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No.   CV 09 4449 MHP |
|---|---|
|   | CLASS ACTION |
|   | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| Plaintiff, |   |
| vs. |   |
| UCBH HOLDINGS, INC., THOMAS S. WU, CRAIG S. ON, and EBRAHIM SHABUDIN, |   |
| Defendants. |   |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV 09-4449 MHP
sf-2751178

1   WHEREAS, Plaintiff commenced this Action by filing a complaint dated September 22,
2   2009 (the "Complaint");
3   WHEREAS, the Complaint asserts claims under Sections 10(b) and 20(a) of the Securities
4   Exchange Act of 1934 on behalf of a purported class;
5   WHEREAS, there have been five other complaints (listed below) filed since September
6   11, 2009, involving substantially the same claims and overlapping parties, and those actions are
7   pending in the United States District Courts for the Northern District of California:
8   - *Zhu v. UCHB Holdings, Inc. et al* (3:09-cv-04208-JSW), filed September 11, 2009;
9   - *Tran v. UCBH Holdings, Inc. et al* (3:09-cv-04429-JSW), filed September 21, 2009;
10  - *Perez v. UCBH Holdings, Inc. et al* (3:09-cv-04492-JSW), filed September 23, 2009;
11  - *Durbin v. UCBH Holdings, Inc. et al* (3:09-cv-04513-JSW), filed September 24, 2009;
12    and
13  - *Nygaard v. UCBH Holdings, Inc. et al* (3:09-cv-04505 VRW), filed September 24,
14    2009;
15  WHEREAS, motions to consolidate these actions into a single action and to appoint a lead
16  plaintiff are expected to be filed;
17  WHEREAS, the parties understand that the lead plaintiff in these actions will file a
18  consolidated complaint;
19  WHEREAS, the parties agree that defendants UCBH Holdings, Inc., Thomas S. Wu,
20  Craig S. On, and Ebrahim Shabudin (collectively the "Defendants") should respond to the
21  consolidated complaint filed by lead plaintiff and not to the individual complaints; and
22  WHEREAS, the parties have agreed to a schedule that extends Defendants' time to
23  respond to the Complaint until after a consolidated complaint has been filed.
24  IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as
25  follows:
26  1.   Defendants shall not be required to answer or otherwise respond to the complaint
27  in this action; and
28

| | |
|---|---|
| 1 | 2. Defendants shall answer or otherwise respond to a consolidated complaint on a |
| 2 | schedule to be agreed upon with the lead plaintiff, or set by the Court. |

2. Defendants shall answer or otherwise respond to a consolidated complaint on a schedule to be agreed upon with the lead plaintiff, or set by the Court.

SO STIPULATED.

Dated: October 14, 2009

JORDAN ETH
ANNA ERICKSON WHITE
CRAIG D. MARTIN
MORRISON & FOERSTER LLP

By: /s/ Anna Erickson White
Anna Erickson White

Attorneys for Defendant
UCBH HOLDINGS, INC.

Dated: October 14, 2009

TIMOTHY P. CRUDO
Timothy.Crudo@lw.com
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel.: (415) 391-0600
Fax: (415) 395-8095

By: /s/ Timothy P. Crudo
Timothy P. Crudo

Attorney for Defendant Thomas Wu

Dated: October 14, 2009

NANCI CLARENCE
nclarence@clarencedyer.com
Clarence & Dyer LLP
899 Ellis Street
San Francisco, CA 94109
Tel.: (415) 749-1800
Fax: (415) 749-1694

By: /s/ Nanci Clarence
Nanci Clarence

Attorney for Defendant Craig On

Case 4:09-cv-04449-JSW   Document 7   Filed 10/16/09   Page 3 of 5

CASE NO. CV 09-4449 MHP
sf-2751178

2

| | | |
|---|---|---|
| 1 | Dated: October 14, 2009 | JAMES A. LASSART |
| 2 | | JLassart@rmkb.com |
| | | Ropers Majeski Kohn Bentley |
| | | 201 Spear Street, Suite 1000 |
| 3 | | San Francisco, CA 94105 |
| | | Tel.: (415) 543-4800 |
| 4 | | Fax: (415) 972-6301 |

By: /s/ James A. Lassart
    James A. Lassart

Attorney for Defendant Ebrahim Shabudin

Dated: October 14, 2009         SHAWN A. WILLIAMS
                                 shawnw@csgrr.com
                                 Coughlin Stoia Geller Rudman & Robbins LLP
                                 100 Pine Street, 26th Floor
                                 San Francisco, CA 94111
                                 Tel.: (415) 288-4545
                                 Fax: (415) 288-4534

                                 and

                                 DARREN J. ROBBINS
                                 DAVID C. WALTON
                                 MATTHEW P. MONTGOMERY
                                 darrenr@csgrr.com
                                 davew@csgrr.com
                                 mattm@csgrr.com
                                 655 West Broadway, Suite 1900
                                 San Diego, CA 92101
                                 Tel.: (619) 231-1058
                                 Fax: (619) 231-7423


                                 By: /s/ Shawn A. Williams
                                     Shawn A. Williams

                                 Attorneys for Plaintiff


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: __10/16_____, 2009    _____
                                 [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
                                 IT IS SO ORDERED
                                 [signature]
                                 Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV 09-4449 MHP
sf-2751178

3

1    I, Anna Erickson White, am the ECF User whose ID and password are being used to file
2 this Stipulation and [Proposed] Order Extending Time to Respond to Complaint.  In compliance
3 with General Order 45, X.B., I hereby attest that Timothy P. Crudo, Nanci Clarence, James A.
4 Lassart, and Shawn A. Williams have concurred in this filing.

6    By: /s/ Anna Erickson White
                Anna Erickson White